UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY TABB,

        Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

        Defendants.

Case No. C08-5015 FDB/KLS

ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS*

    Plaintiff's application for leave to proceed *in forma pauperis* (Dkt. # 1) is **GRANTED**. Plaintiff does not appear to have funds available to afford the $350.00 court filing fee.

    The Clerk is directed to mail a copy of this Order to Plaintiff.

    DATED this  18th  day of January, 2008.

                                               Karen L. Strombom
                                               United States Magistrate Judge

ORDER
Page - 1