UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANNY TABB,

        Plaintiff,

v.

DOUG WADDINGTON, *et al.*,

        Defendants.

Case No. C08-5015 FDB

ORDER ADOPTING REPORT AND RECOMMENDATION DISMISSING ACTION AS ABANDONED

This civil rights action comes before the Court on the Report and Recommendation of the Magistrate Judge that the action be dismissed as abandoned. Plaintiff has not filed objection.

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, and the remaining record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's Complaint [Dkt. # 6] is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure; and

(3)    The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Hon. Karen L. Strombom.

DATED this 29th day of May, 2008.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1