# United States District Court

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DANNY TABB | JUDGMENT IN A CIVIL CASE |
| v. | |
| DOUG WADDINGTON, et al.. | CASE NUMBER: C08-5015FDB |

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**XX** **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Plaintiff's complaint [Dkt. #6] is **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41(b)(2) of the Federal Rules of Civil Procedure.

|   |   |
|---|---|
| May 30, 2008 | BRUCE RIFKIN |
|   | Clerk |
|   | s/ D. Forbes |
|   | By, Deputy Clerk |